IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2010-CA-018451-O

**ROYAL HIGHLANDS PROPERTY OWNERS ASSOCIATION, INC.,**

    Plaintiff,

vs.

**CONTINENTAL CASUALTY COMPANY,**

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, **ROYAL HIGHLANDS PROPERTY OWNERS ASSOCIATION, INC.**, by and through her undersigned attorney and sues the Defendant, **CONTINENTAL CASUALTY COMPANY**, a corporation authorized and doing business in the state of Florida, and alleges as follows:

1. This is an action for declaratory relief pursuant to Florida Statute Section 86.011 et seq. to determine questions of insurance coverage under a policy or policies of insurance issued by Defendant, and breach of contract. The amount in controversy is in excess of $15,000, exclusive of interest, costs and attorneys fees.

2. Royal Highlands was sued in a lawsuit (the "Underlying Lawsuit").

3. Defendant provided insurance coverage to Royal Highlands from at least August 23, 2005, through the date the Underlying Lawsuit was filed (the "Policy"). A Copy of the Policy is in the exclusive control of Defendant.

4. Royal Highlands tendered the Underlying Lawsuit to Defendant.

5. Thereafter, Defendant agreed to defend Royal Highlands in the Underlying Lawsuit. A copy of the correspondence from Defendant to Royal Highlands agreeing to defend Royal Highlands is attached as Exhibit 1.

6. The Underlying Lawsuit went to trial, and resulted in a "Final Judgment" against Royal Highlands. A copy of the Final Judgment is attached as Exhibit 2.

7. The plaintiff in the Underlying Lawsuit was awarded attorneys fees and costs against Royal Highlands. A copy of the Amended Final Judgment Awarding Attorneys Fees and Costs is attached as Exhibit 3.

8. The law firm of Larsen & Associates, P.A. defended Royal Highlands in the Underlying Lawsuit.

9. Defendant consented to the retention of Larsen & Associates, P.A. to defend Royal Highlands. See Exhibit 1.

10. Defendant paid Larsen & Associates, P.A.'s attorneys fees, but refused to pay certain costs totaling approximately $26,279.49.

11. Royal Highlands reimbursed this $26,279.49 to Larsen & Associates, P.A.

12. Defendant has refused to reimburse to Royal Highlands any of the $26,279.49 which Royal Highlands paid to Larsen & Associates, P.A.

13. Plaintiff has complied with all conditions precedent to bringing this action.

## COUNT 1

### BREACH OF CONTRACT – FAILURE TO PAY FINAL JUDGMENT

14. Royal Highlands realleges paragraphs 1 – 13 above.

15. Defendant's failure to pay any of the amounts which Royal Highlands was required to pay as a result of the Final Judgment constitutes a breach of contract.

16. Because of Defendant's breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiff prays that this Honorable Court award damages to Plaintiff as a result of Defendant's breach of contract. Plaintiff also requests that this Court award attorney's fees pursuant to F.S. Sections 627.428, 57.041, and 92.231, and costs, and demands trial by jury.

## COUNT 2
## BREACH OF CONTRACT – FAILURE TO PAY AMENDED FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COURT COSTS

17. Royal Highlands realleges paragraphs 1 – 13 above.

18. Defendant's failure to pay any of the attorneys fees and court costs which Royal Highlands was required to pay as a result of the Amended Final Judgment Awarding Attorneys' Fees and Costs constitutes a breach of contract.

19. Because of Defendant's breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiff prays that this Honorable Court award damages to Plaintiff as a result of Defendant's breach of contract. Plaintiff also requests that this Court award attorney's fees pursuant to F.S. Sections 627.428, 57.041, and 92.231, and costs, and demands trial by jury.

## COUNT 3

## BREACH OF CONTRACT – FAILURE TO PAY LITIGATION COSTS

20. Royal Highlands realleges paragraphs 1 – 13 above.

21. Defendant's failure to pay the defense litigation costs set forth in paragraphs 9 – 11 above, constitutes a breach of contract.

22. Because of Defendant's breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiff prays that this Honorable Court award damages to Plaintiff as a result of Defendant's breach of contract. Plaintiff also requests that this Court award attorney's fees pursuant to F.S. Sections 627.428, 57.041, and 92.231, and costs, and

demands trial by jury.

DATED this _11th_ day of August, 2010.

THE NATION LAW FIRM

_____
Mark A. Nation, Esquire
Florida Bar No.: 968560
570 Crown Oak Centre Drive
Longwood, Florida 32750
Phone: (407) 339-1104
Fax:   (407) 339-1118
Attorneys for Plaintiff